■ KEVIN F. WILLIAMS, Respondent, v COUNTY OF NASSAU, Appellant, and JOHN H. HARTE, Respondent. — Order of the Supreme Court, Nassau County, dated September 10, 1980, affirmed insofar as appealed from, without costs or disbursements. No opinion. The examination shall proceed at the place designated in the order under review, at a time to be fixed in a written notice of not less than 10 days, to be given by plaintiff, or at such other time and place as the parties may agree. Hopkins, J.P., Titone, Gibbons and Cohalan, JJ., concur.

■ In the Matter of BELLE HARBOR HOME OF THE SAGES, INC., Respondent, v HARRY S. TISHELMAN, as Commissioner of Finance of the City of New York, et al., Appellants. — Judgment of the Supreme Court, Queens County, dated October 18, 1979, affirmed, without costs or disbursements, for the reasons stated in the opinion of Mr. Justice Lerner at Special Term. Damiani, J.P., Mangano, Rabin and Gulotta, JJ., concur. [100 Misc 2d 911.]

■ In the Matter of GERTRUDE Box, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents. — In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the respondents to reinstate petitioner as a high school music teacher, she appeals from a judgment of the Supreme Court, Kings County, dated November 26, 1979, which dismissed the petition. Judgment affirmed, with costs. Because the question of whether petitioner's license is still viable is not properly before us we express no opinion with respect to it. Hopkins, J.P., Titone, Gibbons and Cohalan, JJ., concur.